District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATUL MOGHA, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-00296-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 15, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to adjudicate Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on April 25, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00296-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.
3        With additional time, this case may be resolved without the need of further judicial
4  intervention. U.S. Citizenship and Immigration Services ("USCIS") issued a Request for
5  Evidence ("RFE") to Plaintiffs last week. Plaintiffs have until July 14, 2025, to respond to the
6  RFE. USCIS will need additional time to review the RFE response and then continue processing
7  Plaintiffs' Form I-485. Therefore, the parties believe good cause exists to stay these proceedings
8  to save the parties and this Court from spending unnecessary time and judicial resources on this
9  matter.
10       Accordingly, the parties request that the Court hold the case, including all interim
11 deadlines, in abeyance until September 15, 2025. If this case is not resolved, the parties will
12 submit a proposed briefing schedule by September 15, 2025.
13
14 //
15
16 //
17
18 //
19
20 //
21
22 //
23
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00296-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 | DATED this 22nd day of April, 2025.

2 | Respectfully submitted,

3 | TEAL LUTHY MILLER / NIMER LAW LLC
Acting United States Attorney

4 |

*s/ Michelle R. Lambert* / *s/ Jennifer Nimer*

5 | MICHELLE R. LAMBERT, NYS #4666657 / JENNIFER NIMER (61962)
Assistant United States Attorney / Nimer Law LLC

6 | United States Attorney's Office / 6500 Emerald Parkway, Suite 100
Western District of Washington / Dublin, Ohio 43016

7 | 1201 Pacific Avenue, Suite 700 / Phone: 614-927-0550
Tacoma, Washington 98402 / Email: jnimer@nimerlaw.com

8 | Phone: (253) 428-3800
Fax:    (253) 428-3826 / SARRAF GENTILE LLP

9 | Email: michelle.lambert@usdoj.gov

*s/ Ronen Sarraf*

10 | *Attorneys for Defendants* / RONAN SARRAF, PHV
Sarraf Gentile LLP

11 | *I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.* / 10 Bond Street, Suite 212
Great Neck, New York 11021

12 | Phone: 516-699-8890
Email: ronen@sarrafgentile.com

13 | *Attorney for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00296-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case, including all interim deadlines, is held in abeyance until September 15, 2025. The parties shall submit a status report on or before September 15, 2025. It is so **ORDERED**.

DATED this 23rd day of April, 2025.

*[signature]*

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00296-RSL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800